IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS. LOUIS T. RECHT,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>  Defendant | No. C-06-4919 MMC<br><br>**ORDER DISMISSING COMPLAINT; DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Before the Court is plaintiff's application to proceed in forma pauperis and her complaint against defendant United States, both of which were filed August 15, 2006.

Pursuant to 28 U.S.C. § 1915(e), where a plaintiff seeks to proceed in forma pauperis, the Court must dismiss the complaint if the Court determines that the complaint is frivolous or malicious, or that the plaintiff has failed to state a claim upon which relief can be granted.  See 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

Here, plaintiff's complaint falls directly within the category of pleadings identified in § 1915(e)(2)(B)(i) and (ii).  Plaintiff alleges she is "being held hostage by [illegible] and FBI Risk Management and Homeland Security declaring war wrongfully by doctors feeding Americans who are white to cannibals who are child molesters and animals molesters with rabies, tetanus, AIDS, herpes, heartworm with eyes seeing out of their mouths not their eyes."  The complaint continues in a similar manner for multiple pages without setting forth

a viable claim against the United States, and there is no indication plaintiff can cure the deficiencies in her complaint.

Accordingly, plaintiff's complaint is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B), and plaintiff's application to proceed in forma pauperis is hereby DENIED as moot.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 17, 2006

MAXINE M. CHESNEY
United States District Judge