**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS. LOUIS T. RECHT, | No. C-06-4919 MMC |
|       Plaintiff, | **ORDER DENYING MOTIONS FOR POST-DISMISSAL RELIEF** |
|   v. | |
| UNITED STATES, | |
|       Defendant | |

On August 17, 2006, the Court dismissed the instant action, pursuant to 28 U.S.C. § 1915(e)(2)(B).  Before the Court are various motions for post-dismissal relief.  As plaintiff has failed to show good cause for any post-dismissal relief, all such motions are hereby DENIED.

    **IT IS SO ORDERED.**

Dated: August 24, 2006

                                 MAXINE M. CHESNEY
                                 United States District Judge