IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS. LOUIS T. RECHT,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant / | No. C-06-4919 MMC<br><br>**ORDER DENYING MOTIONS FOR POST-DISMISSAL RELIEF** |

On August 17, 2006, the Court dismissed the instant action, pursuant to 28 U.S.C. § 1915(e)(2)(B). Before the Court are various motions for post-dismissal relief. As plaintiff has failed to show good cause for any post-dismissal relief, all such motions are hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 24, 2006

  MAXINE M. CHESNEY
  United States District Judge