IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS. LOUIS T. RECHT, | No. C-06-4919 MMC |
| Plaintiff, | **ORDER DENYING REQUESTS FOR POST-DISMISSAL RELIEF** |
| v. | |
| UNITED STATES, | |
| Defendant_____/ | |

On August 17, 2006, the Court dismissed the instant action pursuant to 28 U.S.C. § 1915(e)(2)(B). On November 22, 2006, the Court received from plaintiff a large number of essentially incomprehensible papers. To the extent plaintiff may be attempting to move for post-dismissal relief, she has failed to show good cause for any such relief, and all such motions are hereby DENIED. The instant action has been dismissed and plaintiff is hereby ADVISED that no further motions will be considered by the Court.

**IT IS SO ORDERED.**

Dated: November 30, 2006

_____
MAXINE M. CHESNEY
United States District Judge