**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MRS. LOUIS T. RECHT,

                    Plaintiff,

     v.

UNITED STATES,

                    Defendant

_____/

No. C-06-4919 MMC

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

        Before the Court is Dr. Craig Recht's application to proceed in forma pauperis on appeal.  The only plaintiff in the instant action, however, is Mrs. Louis T. Recht.  As Dr. Craig Recht is not a party, his application to proceed in forma pauperis on appeal is hereby DENIED.

        **IT IS SO ORDERED.**

Dated: September 6, 2007

_____
MAXINE M. CHESNEY
United States District Judge