IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS. LOUIS T. RECHT,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES A. MARTIN DO, et al.<br><br>    Defendants.<br>_____ / | No. C 07-04411 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES 07-4411 and 06-4919** |

    On August 27, 2007, Plaintiff Mrs. Louis T. Recht, filed a complaint and an application to proceed *in forma pauperis*. Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to C-06-4919 *Mrs. Louis T. Recht v. United States*.

**IT IS SO ORDERED.**

Dated: September 19, 2007

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MRS.LOUIS T. RECHT,

    Plaintiff,

  v.

JAMES A. MARTIN DO et al,

    Defendant.

Case Number: CV07-04411 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis T. Recht
General Delivery
Seattle, WA 98107

Dated: September 19, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk